UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13cv80016-Ryskamp/White

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

FILED by AS D.C.

JAN 0 7 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. -- MIAMI

**UNITED STATES DISTRICT COURT**
Southern District of Florida

Case Number: _____

FARES MUSTAFA #0229692  D.O.B. 1-08-1981
(Enter the full name of the plaintiff in this action)

v.

RIC Bradshaw - Sherriff
_____
_____
_____
_____

(Above, enter the full name of the defendant(s) in this action)

A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

cat/dlv 1983/550/WPB
Case # _____
Judge _____ Mag PAW
Motn Ifp yes Fee pd $ 0
Receipt # _____

Page 1 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I.   Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A.   Name of plaintiff: FARES MUSTAFA

Inmate #: 0229692

Address: Palm Beach County Jail PO Box 24716 West Palm Beach FL 33416

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.   Defendant: RIC BRADSHAW

is employed as Sherriff at Palm Beach County Dept. of Corrections

at 3228 Gun Club Rd. West Palm Beach FL 33406

C.   Additional Defendants: _____

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II.  **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

As a result of the "No Dental Floss" Policy at Palm Beach County Jail, I was forced to stop flossing my teeth upon entrance. This lack of flossing has resulted in 2 teeth that had to be extracted. This Denial of Basic Daily oral hygiene against my will has resulted in permanent Dental injury, as well as continuous pain and suffering, which the Dental Dept. Refuses to address.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Court to Grant immediate inJunctive Relief. I want the Court to order Jail Officials to make Dental Floss available, or the harmless alternative of "Dental Loops." I want monetary compensation for the 2 teeth I have lost so far, as well as for future required Dental Care.

### IV. Jury Demand

Do you demand a jury trial? ☒ Yes ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this \_\_\_1st\_\_\_ day of \_\_\_January\_\_\_, 20\_13\_

\_\_\_\_\_*Fares Mustf*\_\_\_\_\_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: \_\_1-01-2013\_\_

\_\_\_\_\_*Fares Mustf*\_\_\_\_\_
(Signature of Plaintiff)