UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80016-CIV-RYSKAMP/WHITE

FARES MUSTAFA,

    Plaintiff,

v.

RIC BRADSHAW,

    Defendant.
_____/

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to the supplemental report and recommendation of United States Magistrate Judge Patrick A. White, dated October 21, 2013 **[DE 19]**. No response to the report and recommendation was filed. The Court has reviewed the report and recommendation and has conducted a de novo review of the underlying record. It is hereby

ORDERED AND ADJUDGED that the report and recommendation is ADOPTED, AFFIRMED and APPROVED as follows:

1. The claim of denial of dental treatment may continue and the plaintiff is permitted to amend his complaint a second time to include supporting facts against the named dentists.

2. The second amended complaint must constitute one complete amended complaint, and include the defendants and actions of each defendant.

3. Claims against Armor Correctional Health Services Inc. are dismissed.

4. Defendant Ric Bradhsaw is dismissed, as the plaintiff has discovered the defendants allegedly responsible for his lack of adequate dental treatment.

2

5. Failure to timely amend his complaint and provide supporting facts should result in dismissal of this case. Plaintiff shall file an amended complaint within 30 days of the date of this order.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 21st day of November, 2013.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE